# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY ROBINSON,<br><br>            Plaintiff,<br>    v.<br><br>DERRICK JOHN TOOLE,<br><br>            Defendant. | Case No. 2:13-cv-5111-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on Plaintiff Peggy Robinson's Proof of Service, Defendant Derrick John Toole's answer to the Complaint was due August 7, 2013.  (ECF No. 8.)  To date, Toole has not filed an answer in this case.

Accordingly, Robinson is hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 14, 2013, why this case should not be dismissed for failure to prosecute.  No hearing will be held for this matter.  The Court will discharge this order to show cause upon receipt of a request for entry of default from Robinson or an answer from Toole.  In the event both documents are filed before the above date, the earlier-filed document will take precedence.  Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

August 7, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**